THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 11, 2017



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

    Kevin J. Benson, and　　　　　　　　　Case No. 16-27697-beh
    Kathleen Ann Benson,

                Debtors.　　　　　　　　Chapter 13

**ORDER GRANTING MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

    Pursuant to the motion of Wells Fargo Bank, N.A. for an order for relief from the automatic stay and abandonment with respect to the property located at W167 N11125 Queens, Germantown, WI 53022, and there being no opposition thereto,

    IT IS ORDERED that relief from the automatic stay imposed by 11 U.S.C. section 362(a) is GRANTED.

    IT IS FURTHER ORDERED that entry of this order constitutes abandonment pursuant to 11 U.S.C. section 554(b).

    IT IS FURTHER ORDERED that the Wells Fargo Bank N.A.'s proof of claim is deemed withdrawn.

    IT IS FURTHER ORDERED that this order is effective upon its entry.

                                    #####