THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 14, 2018



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Kevin J. Benson and Kathleen Ann Benson<br><br>Debtors. | Chapter: 13<br><br>Case No. 16-27697-beh |

**ORDER PURSUANT TO HEARING UPON MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to the motion of JPMorgan Chase Bank, N.A. for an order for relief from the automatic stay with respect to the property located at W167N11125 Queens Ct, Germantown, WI 53022-4089, this matter was heard on November 20, 2018, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtors appearing through Geraci Law L.L.C., by Andrew M. Golanowski, and Sandra Baner appearing on behalf of the Chapter 13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is denied subject to the following terms of this order.

IT IS FURTHER ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of October 2018 in the amount of $3,693.18.

The arrearage is itemized as follows:

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

| | |
|---|---|
| 12/23/17 through 10/23/18 | $3,886.85 |
| 11 mortgage payments @ $353.35 | |
| Credits / Suspense | (193.67) |
| Attorney Fees and Costs | 0.00 |
| TOTAL ARREARAGE | $3,693.18 |

IT IS FURTHER ORDERED that commencing in November 2018 and continuing through and including April 2019, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 23rd day of each month in which each such payment is due.   In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in May 2019, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 23rd day of each month in which each such payment is due.   In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $353.35 and payments shall be made to the movant at JPMorgan Chase Bank, National Association, 3415 Vision Drive, OH4-7142, Columbus, OH 43219.

#####